UNITED STATES of America, Plaintiff—Appellee,

v.

Octavio OSORIO–ESCOBAR, Defendant—Appellant.

No. 07–10573.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed Feb. 26, 2009.

Monte C. Clausen, Esq., Office of the U.S. Attorney Evo A. Deconcini, Tucson, AZ, for Plaintiff–Appellee.

Peter Hormel, Esq., Law Office of Peter Hormel, Tucson, AZ, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Octavio Osorio–Escobar appeals from the 33–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Osorio–Escobar contends that the district court procedurally erred by: (1) fail-

ing to consider the 18 U.S.C. § 3553(a) sentencing factors; and (2) failing to provide an adequate explanation for his sentence. Reviewing for plain error, we conclude that Osorio–Escobar has failed to show that any error affected his substantial rights. *See United States v. Dallman*, 533 F.3d 755, 762 (9th Cir.2008); *see also Rita v. United States*, 551 U.S. 338, 127 S.Ct. 2456, 2468–69, 168 L.Ed.2d 203 (2007).

We also conclude that Osorio–Escobar's sentence is not substantively unreasonable given the totality of the circumstances. *See United States v. Carty*, 520 F.3d 984, 991–93 (9th Cir.2008) (en banc); *see also United States v. Marcial–Santiago*, 447 F.3d 715, 718 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.